# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

DANIEL PETERSEN,

     Plaintiff

v.

KELLY MILLS EVERS,

     Defendant

Case No.: 2:26-cv-00261-APG-DJA

**Order Transferring Case to the Unofficial Northern Division**

The events described in the complaint took place in Washoe County, which is in the unofficial northern division. LR IA 1-6.  Under Local Rule LR IA 1-8(a), "civil actions must be filed in the clerk's office for the unofficial division of the court in which the action allegedly arose."  The complaint accurately states that the action is properly assigned to the northern division. ECF No. 1 at 3.

I THEREFORE ORDER that this action is transferred to the unofficial northern division of this court for all further proceedings.  The clerk of the court shall transfer and reopen this matter as a new action under a new docket number in the northern division, and the action under this docket number shall be closed, without prejudice to the plaintiffs regarding any limitation period and filing fee.

DATED this 5th day of February, 2026.

 

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE